*Curiam.* Valuation fixed at $45,000. *Robertson & Wilder* for Assessor. *C. Brown* for tax-payer.

No. 41. *In re* ASSESSMENT OF TAXES, C. K. C. ROOKE. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 7, 1902. Decided January 18, 1902. Land at Honuakaha, Honolulu, containing an area of 196,891 square feet. Returned at $2800; assessed at $35,000, and valued at $2800 by Tax Appeal Court. Appeal by the Assessor. *Per Curiam.* The appeal is sustained on authority of *In re Assessment of Taxes, Emily K. Mehrten*, 13 Haw. 677, and the valuation of said property fixed at $25,000. *Atkinson & Judd* for tax-payer. *Robertson & Wilder* for Assessor.

No. 42. *In re* ASSESSMENT OF TAXES, M. S. GRINBAUM & Co., LIMITED. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 13, 1902. Decided January 18, 1902. Stock of merchandise, returned at $124,842.82; assessed at $184,842.82. Valued by Tax Appeal Court at amount returned. Appeal by Assessor. *Per Curiam.* Value placed at $150,000. *Robertson & Wilder* for Assessor. *Hatch & Silliman* for tax-payer.

No. 45. *In re* ASSESSMENT OF TAXES, KAPIOLANI ESTATE, LIMITED. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 8, 1902. Decided January 17, 1902. (1) 4.23 acres, south side of Wilder Avenue, between Keeaumoku and Makiki streets, Honolulu, subject to lease for 20 years from May 11, 1896, at annual rental of $400. Returned at $3200; assessed at $24,000. Valued by Tax Court at $3200. (2) 11,325 square feet, north corner of King and Alakea streets, Honolulu. Returned at $30,000; assessed at $40,000. Valued by Tax Court at $30,000. (3) 162.61 acres, Mokauea, Kalihi,